# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02788 CMA-MJW

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

SEIFELDEN ELECTRONICS, LLC a Colorado limited liability company, and WALEED DABBOUR, an individual,

    Defendants.

## JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Seifelden Electronics, LLC, a Colorado limited liability company, and Waleed Dabbour, an individual (collectively "Defendants"), hereby jointly move the Court to enter this Stipulated Permanent Injunction:

Microsoft and Defendants hereby stipulate that Defendants, along with any directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA"), certificates of authenticity ("COAs"), or items protected by Microsoft's registered

trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    1,872,264 ("WINDOWS");

    (4)    2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration No.: TX 5-407-055 ("Windows XP Professional"); and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    any unauthorized manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, and/or thing and/or engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO STIPULATED.**

DATED: August 12, 2010　　　　SEIFELDEN ELECTRONICS, LLC, a
　　　　　　　　　　　　　　　　Colorado limited liability company

　　　　　　　　　　　　　　　　*s/Waleed Dabbour*
　　　　　　　　　　　　　　　　By: Waleed Dabbour

DATED: August 12, 2010　　　　WALEED DABBOUR, an individual

　　　　　　　　　　　　　　　　*s/Waleed Dabbour*
　　　　　　　　　　　　　　　　By: Waleed Dabbour

DATED: September 23, 2010    MICROSOFT CORPORATION,
                             a Washington corporation

                             *s/Mary Jo Schrade*
                             By: Mary Jo Schrade

SO ORDERED this 24 day of September, 2010.

BY THE COURT

HON. CHRISTINE M. ARGUELLO
United States District Court Judge

Approved as to form:

*s/Michael A. Sink*
Michael A. Sink
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: 303-291-2300
Email: msink@perkinscoie.com

and

Katherine M. Dugdale
Perkins Coie LLP
1136 9th Street
Manhatten Beach, CA 9026
Telephone: (310) 788-3200
Email: KDugdale@perkinscoie.com

Counsel for Plaintiff

*s/ Daynel L. Hooker*
Daynel L. Hooker
9801 E. Colfax Ave., Suite 250
Aurora, CO 80011
Telephone: 303-364-4500
Email: Daynel@dlhlaw.com

Counsel for Defendants