IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02788-CMA-MJW

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

SEIFELDEN ELECTRONICS, LLC, a Colorado limited liability company, and
WALEED DABBOUR, an individual,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION
## FOR ADMINISTRATIVE CLOSURE

---

The Court, having signed and entered the Joint Motion for Entry of Stipulated Permanent Injunction (Doc. # 35) and reviewed the Stipulated Motion for Administrative Closure (Doc. # 36), the case file in this matter, and being fully advised in the premises, hereby ORDERS that this action be ADMINISTRATIVELY CLOSED pursuant to D.C.Colo.L.CivR 41.2, subject to reopening for good cause. Good cause shall include any party's failure to satisfy its payment obligations pursuant to the parties' settlement agreement. The Clerk of the Court shall administratively close this case in accordance with this Order.

DATED: September __24__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge